**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **COURTNEY WILLIAMS**, individually and on behlad of her minow son, **MICHAEL JAYDEN PARRILLA**,<br><br>         Plaintiffs,<br>   v.<br><br>**CHARLES NIBBS and GERNMA, INC.**,<br><br>         Defendants. | 2006-CV-0071 |

**TO:**   Vincent A. Colianni, Sr., Esq.
         Raymond James, Esq., AAG
         Karin A. Bentz, Esq.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation For Dismissal (Docket No. 50).

Accordingly, it is now hereby **ORDERED**:

1.   Stipulation For Dismissal (Docket No. 50) is **GRANTED**.

2.   This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITH PREJUDICE,** with each party bearing their own costs and fees.

*Williams v. Nibbs*
2006-CV–0071
Order of Dismissal
Page 2

ENTER:

Dated: August 8, 2008

                           /s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE